IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHERRY WATSON | * |
| | * **NOTICE OF REMOVAL FROM** |
| Plaintiff, | * **THE CIRCUIT COURT FOR** |
| | * **CHARLES COUNTY, MD** |
| vs. | * **CASE NO. C-15-221** |
| | * |
| J. C. PENNEY CORPORATION, INC. | * **CIVIL ACTION NO.** \_\_\_\_\_ |
| | * |
| Defendant. | * |

**PETITION FOR REMOVAL**

Pursuant to 28 U.S.C., Section 1441(a), the Defendant, J. C. Penney Corporation, Inc., respectively notices the removal of the above-captioned matter to this Honorable Court from the Circuit Court for Charles County, Maryland, and as grounds therefor states as follows:

1. On or about February 2, 2015, Defendant J. C. Penney Corporation, Inc. was served with a Summons and Complaint in an action commenced by the Plaintiff, Sherry Watson, in the Circuit Court for Charles County, Maryland as Docket No. 08-C-15-000221. True and correct copies of the Summons and Complaint are attached hereto as Exhibit A. No further proceedings have taken place in this action.

2. This Notice of Removal is filed within thirty (30) days of receipt of service by Defendant J. C. Penney Corporation, Inc. and, therefore, is timely filed pursuant to 28 U.S.C., Section 1446(b).

3. Pursuant to the Federal Rules of Civil Procedure, the Petitioner filed a written Answer to Plaintiff's Complaint on February 13, 2105. Copies of Defendant's Answer and Notice of Removal are attached hereto and incorporated herein by reference as Exhibit B.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4. In her Complaint, Plaintiff Sherry Watson seeks judgment against this Defendant in the amount of Two Hundred Fifty Thousand Dollars ($250,000) in compensatory damages, plus interest and costs.

5. At the time of commencement of this action, Plaintiff was and is now a resident of the State of Maryland.

6. At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendant J. C. Penney Corporation, Inc.'s principal place of business is Plano, Texas, and is incorporated in the State of Delaware.

7. As this is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

8. The Petitioner presents and files herewith a check in the amount of $400 for the filing fee, as required by law.

WHEREFORE, the Defendant, J. C. Penney Corporation, Inc., respectfully requests to remove this action from the Circuit Court for Charles County, Maryland to the United States District Court for the District of Maryland.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

_/s/ Christopher R. Dunn_
Christopher R. Dunn, #05278
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
Fax - (301)352-8691
Counsel for Defendant

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2015, a copy of the foregoing Notice of Removal was forwarded, postage prepaid, via First Class mail, to:

Seann P. Malloy
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1440
Bethesda, Maryland 20850
Counsel for Plaintiff

_____
Christopher R. Dunn, #05278
Counsel for Defendant

I:\Common\WP\L1\CRD\Watson v. JCP\Pleadings\Petition for Removal.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

3