## IN THE CIRCUIT COURT FOR CHARLES COUNTY, MARYLAND

SHERRY WATSON )
10910 Waco Drive )
Upper Marlboro, MD 20772 )
)
    Plaintiff, )
)
vs. )  Case No.:  C15-221
)
J.C. PENNEY CORPORATION, INC. )
1301 Ave. of the Americas )
New York, NY 10019 )
)
    Defendant. )

### COMPLAINT

Plaintiff, by and through its undersigned counsel, files this Complaint and alleges as follows in support:

### PARTIES.

1. Plaintiff is an adult resident of Prince George's County, Maryland.

2. Defendant J.C. Penney Corporation, Inc. operates J.C. Penney stores throughout the United States. It operates a store located at 11130 Mall Circle, Waldorf, MD 20603 in this County.

### JURISDICTION AND VENUE.

3. Jurisdiction is proper in this Court pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-102 (2006).

4. Venue is proper in this judicial district and division pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-201 (2006).

## COUNT I (Negligence)

5. Paragraphs 1 - 4 are incorporated by reference as if fully restated herein.

6. On or around December 14, 2013, at around 12:55 p.m., Plaintiff was was walking through the main entrance of the store identified in paragraph 2 *supra*.

7. As she was walking, she slipped and fell on the liquid that was on the floor. There were no warning signs around the pool of liquid and Plaintiff did not see the liquid before she slipped and fell on it.

8. Employees of Defendant knew or should have known of the liquid of the floor.

9. The fall would not have occurred but for the fact that Defendant negligently failed to properly clean the floor, place traction mats around the entrance of the building, and/or place appropriate warning signs.

10. As a direct and proximate result of the aforesaid negligence, Plaintiff was caused to fall and sustained injury to all parts of her body, suffered and will suffer great pain of body and mind, incurred and will incur medical and out-of-pocket expenses, and as a result has been damaged in the amount of $250,000.00.

WHEREFORE, Plaintiff demands a judgment against the Defendant in the amount of $250,000.00, pre-judgment and post-judgment interest rate and costs of this suit.

Respectfully submitted,

_____
Seann P. Malloy, Esq.
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1440
Bethesda, Maryland  20850
Telephone: 202-464-0727
Facsimile: 888-607-8691

Email: seann@Malloy-Law.com

**JURY DEMAND.**

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

_(signature)_
Seann P. Malloy, Esq.

TRUE COPY

_(signature)_

TEST: SHARON L. HANCOCK, CLERK